Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA SHOWE-GAITHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br><br>THE CREDIT PROS INTERNATIONAL CORPORATION, et al.<br>Defendant(s). | Case No.<br>2:19-cv-07227-RGK-SS<br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter with prejudice as to plaintiff and without prejudice as to the putative class. Each party shall bear their own costs and attorneys' fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice as to individual claims only  and without an Order of the Court.

Respectfully submitted this 17th Day of October, 2019.

By: s/Adrian R. Bacon Esq.
Adrian R. Bacon
Attorney For Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on October 17, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on October 17, 2019 to:

To the Honorable Court, all parties and their Counsel of Record

s/ Adrian R. Bacon
   Adrian R. Bacon